-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
June 19, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                                         )<br>          Plaintiff,         )<br>v.                                       )<br>                                         )<br>CAROLYN RENEE BEAN,       )<br>                                       )<br>          Defendant.        ) | Case No. Cr.S-06-0133-WBS<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release CAROLYN RENEE BEAN, Case No. Cr.S-06-0133-WBS, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __X__    Release on Personal Recognizance to the EFFORT Treatment Center

    ____    Bail Posted in the Sum of $_____

            ____    Unsecured Appearance Bond

            ____    Appearance Bond with 10% Deposit

            ____    Appearance Bond with Surety

            __X__    (Other)    Conditions as stated on the record

            __X__    (Other)    The Defendant is to be released directly to the Pretrial Services Office on 06/20/06 at 8:30 am for transportation to the EFFORT.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __June 19, 2006__ at __1:25pm__.

By _/s/ Dale A. Drozd_

Dale A. Drozd
United States Magistrate Judge