DANIEL BRODERICK, Bar #89424
Acting Federal Defender
Lexi Negin, D.C. Bar #446153
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
CAROLYN BEAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-06-133 (WBS) |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS HEARING |
| CAROLYN BEAN, | ) | |
| Defendant. | ) | |

This case is currently scheduled for a status hearing on July 19, 2006.  The attorneys for both parties have conferred and agree that additional time is needed for defense review of discovery and further investigation of the case .

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for July 19, 2006, be continued until August 30, 2006.  In addition, the parties stipulate that the time period from July 19, 2006, to August 30, 2006, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

A proposed order is attached and lodged separately for the court's convenience.

DATED:July 17, 2006

1

Respectfully submitted,

| | |
|---|---|
| McGREGOR W. SCOTT<br>United States Attorney | DANIEL BRODERICK<br>Federal Defender |
| /s/ Lexi Negin  for<br>SAMANTHA SPANGLER<br>Assistant U.S. Attorney<br>Attorney for United States | /s/ Lexi Negin<br>LEXI NEGIN<br>Assistant Federal Defender<br>Attorney for Carolyn Bean |

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN BEAN,<br><br>　　　　　　Defendant. | CASE NO. CR-S-06-133 (WBS)<br><br>ORDER CONTINUING STATUS<br>CONFERENCE AND EXCLUDING TIME |

　　　　For the reasons set forth in the stipulation of the parties, filed on July 17, 2006,  IT IS HEREBY ORDERED that the status conference currently scheduled for July 19, 2006, be continued until Wednesday, August 30, 2006, at 9:00 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' July 17, 2006 stipulation, the time under the Speedy Trial Act is excluded from July 19, 2006, through August 30, 2006, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated:  July 17, 2006

　　　　　　　　　　　　　　　　　　　　　　　　／s／ William B. Shubb
　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

2