UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

**PRETRIAL SERVICES VIOLATION PETITION**



FILED
AUG - 3 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

The United States,

-vs-

Carolyn Renee Bean

Docket No. CRS–06-0133 WBS

**COMES NOW** Gina Lee Faubion, Pretrial Services Officer of the Court, presenting an official report upon the conduct and attitude of Carolyn Renee Bean, who was placed on bond by the Honorable Gregory G. Hollows, U.S. Magistrate Judge, sitting in the Court at Sacramento, California, on the 19th day of May, 2006, who imposed the general terms and conditions of pretrial supervision theretofore adopted by the Court and also imposed special terms and conditions as follows:

**OFFENSE:** 18:287 and 2- False Claim and Aiding and Abetting (2 counts).

**BOND CONDITIONS:** Released on her own personal recognizance to the Effort Residential Treatment Facility with pretrial services supervision and special conditions. Please see attached. The defendant was released from jail and placed in the custody of the Effort Residential Program on June 20, 2006.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
On August 1, 2006, the defendant was discharged unsatisfactorily from The Effort Residential Program in Sacramento for failure to comply with the rules and regulations of the agency. On July 31, 2006, the defendant broke the pass plan by leaving the facility at an unauthorized time and broke the support agreement by leaving the individual who was assigned to her for support during her 12-step meeting. Ms. Bean left the meeting site without permission and traveled for several hours unsupervised prior to returning to the Effort.

**PRAYING THAT THE COURT WILL ORDER** a hearing on Friday, August 4, 2006, at 2:00 p.m.

**LAST KNOWN ADDRESS:** On file with Pretrial Services
**TELEPHONE NUMBER:** On file with Pretrial Services

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

/s/ Gina Lee Faubion
Gina Lee Faubion
Pretrial Services Officer
August 2, 2006

**ORDER**

____ The Court hereby orders a bench warrant be issued for the arrest of said defendant, bail set at $ _____.

____ The Court hereby orders this ex parte motion and order be sealed.

____ The Court orders a summons be issued with an appearance date of _____.

__X__ The Court hereby orders this matter placed on this court's calendar on _August 4, 2006_ at _2:00_ p.m. and orders the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.

____ The Court orders no action be taken.

Considered and ordered this __2nd__ day of __August__, 2006, and ordered filed and made a part of the records in the above case.

_____
U.S. Magistrate Judge/U.S. District Judge

Case 2:06-cr-00133-WBS   Document 16   Filed 08/03/06   Page 2 of 2

Pretrial Services Violation Petition - page 2
Bean, Carolyn Renee

**SPECIAL CONDITIONS:**

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You shall remain in custody until bed space is available at The Effort, Inc., inpatient facility, and once admitted into the program, you shall remain at The Effort, Inc., inpatient facility at 1550 Juliesse Avenue, Sacramento, California, and participate in their program of substance treatment until released by the Pretrial Services Officer;
    a. Defense counsel or an investigator shall escort you to all required court hearings and escort you back to The Effort upon completion of the hearing;

4. You are released to the third party custody of The Effort, Inc., upon the availability of bed space;

5. You shall not possess a firearm, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms currently under your control;

6. You shall refrain from any use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medications. However, medical marijuana, prescribed or not, may not be used;

7. You shall submit to drug or alcohol testing as approved by the Pretrial Services Officer;

8. Upon successful completion of The Effort Residential Program, you shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the Pretrial Services Officer;

9. Upon successful completion of The Effort Residential Program, you shall reside at a residence approved by Pretrial Services, and not change your residence or absent yourself from this residence for more than 24 hours without the prior approval of the Pretrial Services Officer.