1  McGREGOR W. SCOTT
   United States Attorney
2  SAMANTHA S. SPANGLER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2792

5

6

7             IN THE UNITED STATES DISTRICT COURT

8             FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,     )   CASE NO.  2:06-cr-133 WBS
                                 )
11              Plaintiff,       )   STIPULATION AND [PROPOSED]
                                 )   ORDER CONTINUING STATUS
12      v.                       )   CONFERENCE
                                 )
13 CAROLYN RENEE BEAN,           )
                                 )   DATE:  November 1, 2006
14              Defendant.       )   TIME:  9:00 a.m.
   _____)   COURT: Hon. William B. Shubb
15

16                            Stipulation

17      The parties, through undersigned counsel, stipulate that the
18 status conference scheduled for October 18, 2006, may be continued
19 to November 1, 2006, at 9:00 a.m.  The continuance is necessary to
20 permit the prosecutor to participate in a Ninth Circuit oral
21 argument on October 18 in San Francisco.  As the parties reported at
22 the last status conference, Ms. Bean is to undergo an IQ
23 examination, which could not be scheduled before October 18, 2006.
24 The parties have agreed to a two-week continuance to allow
25 sufficient time for defense counsel to obtain the examination report
26 and supply it to the prosecutor.  The parties also agree that time
27 may be excluded from the speedy trial calculation under the Speedy
28 ///

                                   1

1  Trial Act for counsel preparation and investigation, pursuant to 18
2  U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.  Defense counsel has
3  authorized the prosecutor to sign this stipulation on her behalf.
4  DATED:   October 16, 2006                McGREGOR W. SCOTT
                                            United States Attorney

                                      by   /s/ Samantha S. Spangler
                                           Samantha S. Spangler
                                           Assistant U.S. Attorney

9  DATED:   October 16, 2006                DANIEL J. BRODERICK
                                            Federal Defender

                                      by   /s/ Samantha S. Spangler for
                                           Lexi Negin
                                           Assistant Federal Defender
                                           Counsel for Ms. Bean

## Order

Good cause appearing,

The status conference scheduled for October 18, 2006 is continued to November 1, 2006 at 9:00 a.m.

Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for counsel preparation and investigation.

IT IS SO ORDERED.

DATED:  October 17, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE