```
McGREGOR W. SCOTT
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.  2:06-cr-133 WBS |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING STATUS CONFERENCE |
| v. | ) | |
| CAROLYN RENEE BEAN, | ) | |
| Defendant. | ) | DATE:  December 13, 2006<br>TIME:  9:00 a.m.<br>COURT: Hon. William B. Shubb |

## Stipulation

The parties, through undersigned counsel, stipulate that the status conference scheduled for November 1, 2006, may be continued to December 13, 2006, at 9:00 a.m.  The parties have not yet received the IQ examination report, and once it is received, both parties will need additional time to prepare.  The parties also agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation and investigation, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.

///

///

///

Defense counsel has authorized the prosecutor to sign this stipulation on her behalf.

DATED: October 27, 2006                          McGREGOR W. SCOTT
                                                 United States Attorney


                                        by    /s/ Samantha S. Spangler
                                              Samantha S. Spangler
                                              Assistant U.S. Attorney


DATED: October 27, 2006                          DANIEL J. BRODERICK
                                                 Federal Defender


                                        by    /s/ Samantha S. Spangler for
                                              Lexi Negin
                                              Assistant Federal Defender
                                              Counsel for Ms. Bean

Order

Good cause appearing,

The status conference scheduled for November 1, 2006 is continued to December 13, 2006 at 9:00 a.m.

Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for counsel preparation and investigation.

IT IS SO ORDERED.

DATED: October 27, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2