DANIEL BRODERICK, Bar #89424
Acting Federal Defender
Lexi Negin, D.C. Bar #446153
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CAROLYN BEAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-S-06-133 (WBS) |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE STATUS HEARING |
| CAROLYN BEAN, ) | |
| Defendant. ) | |

This case is currently scheduled for a status hearing on January 22, 2007.  The attorneys for both parties have conferred and agree that additional time is needed for defense review of discovery and further investigation of the case .

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for January 22, 2007, be continued until February 12, 2007.  In addition, the parties stipulate that the time period from January 22, 2007, to February 12, 2007, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

A proposed order is attached and lodged separately for the court's convenience.

DATED:January 18, 2007

1

Respectfully submitted,

| McGREGOR W. SCOTT | DANIEL BRODERICK |
|---|---|
| United States Attorney | Federal Defender |

 /s/Samantha Spangler                                /s/ Lexi Negin
SAMANTHA SPANGLER                       LEXI NEGIN
Assistant U.S. Attorney                          Assistant Federal Defender
Attorney for United States                      Attorney for Carolyn Bean

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-S-06-133 (WBS) |
|           Plaintiff, ) | |
|   v. ) | PROPOSED ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| CAROLYN BEAN, ) | |
|           Defendant. ) | |

For the reasons set forth in the stipulation of the parties, filed on January 18, 2007, IT IS HEREBY ORDERED that the status conference currently scheduled for January 22, 2007, be continued until Monday, February 12, 2007, at 8:30 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' January 18, 2007 stipulation, the time under the Speedy Trial Act is excluded from January 22, 2007, through February 12, 2007, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: January 17, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2