McGREGOR W. SCOTT
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>CAROLYN RENEE BEAN,<br><br>    Defendant. | CASE NO.  2:06-cr-133 WBS<br><br>STIPULATION AND [PROPOSED]<br>ORDER CONTINUING STATUS<br>CONFERENCE<br><br>DATE:  February 26, 2007<br>TIME:  8:30 a.m.<br>COURT: Hon. William B. Shubb |

Stipulation

The parties, through undersigned counsel, stipulate that the status conference scheduled for February 12, 2007, may be continued to February 26, 2007, at 8:30 a.m. In view of the IQ report, the government needs a little additional time to determine whether it intends to continue to prosecute this case. The parties also agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation and investigation, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.

///
///
///
///

1

Defense counsel has authorized the prosecutor to sign this stipulation on her behalf.

DATED: February 7, 2007                McGREGOR W. SCOTT
                                       United States Attorney


                                by     /s/ Samantha S. Spangler
                                       Samantha S. Spangler
                                       Assistant U.S. Attorney


DATED: February 7, 2007                DANIEL J. BRODERICK
                                       Federal Defender


                                by     /s/ Samantha S. Spangler for
                                       Lexi Negin
                                       Assistant Federal Defender
                                       Counsel for Ms. Bean

<u>Order</u>

Good cause appearing,

The status conference scheduled for February 12, 2007 is continued to February 26, 2007 at 8:30 a.m.

Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for counsel preparation and investigation.

IT IS SO ORDERED.

DATED: February 8, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE