McGREGOR W. SCOTT
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN RENEE BEAN,<br><br>    Defendant. | CASE NO.  2:06-cr-133 WBS<br><br>AMENDED MOTION TO DISMISS<br>INDICTMENT AND [~~PROPOSED~~] ORDER<br><br>DATE:  February 26, 2007<br>TIME:  8:30 a.m.<br>COURT: Hon. William B. Shubb |

## Motion

Plaintiff, United States of America, by and through its undersigned counsel, hereby moves to dismiss, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the indictment filed on April 5, 2006, charging defendant Carolyn Renee Bean with two counts of filing a false claim, in violation of 18 U.S.C. §§ 287 and 2.

The government moves for dismissal because it has determined, after considering the psychologist's report of the intelligence quotient testing performed on the defendant and after conducting further investigation, that insufficient evidence exists to prove

///

///

///

1

1  beyond a reasonable doubt that Ms. Bean committed the charged
2  violations.  Accordingly, dismissal is in the interest of justice.
3  DATED:  February 23, 2007              McGREGOR W. SCOTT
                                           United States Attorney
4
5
                                    by    /s/ Samantha S. Spangler
6                                         Samantha S. Spangler
                                          Assistant U.S. Attorney
7
8                              Order
9     Good cause appearing therefor, the Court grants the
10 government's motion to dismiss the indictment.
11     IT IS SO ORDERED.
12 DATED:  February 26, 2007
13
                                    _____
14                                  WILLIAM B. SHUBB
                                    UNITED STATES DISTRICT JUDGE

2